# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DOMINGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant, | Case No.: 5:24-cv-01441-SSS-SHKx<br><br>*Assigned Judge: Sunshine Suzanne Sykes*<br>*Magistrate Judge: Shashi H. Kewalramani*<br><br>**ORDER OF DISMISSAL** |

1 | Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: November 13, 2025          By:_____
                                 Hon. Sunshine Suzanne Sykes
                                 U.S. District Judge